**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| UNITED STATES OF AMERICA, | ) | No. 13-03042-01-CR-S-DGK |
|---|---|---|
| Plaintiff, | ) | **COUNT 1** |
| | ) | 18 U.S.C. § 922(g)(1) and 924(e) |
| v. | ) | NLT 15 Years Imprisonment |
| | ) | NMT $250,000 Fine |
| **JAMES ROY JACOBY,** | ) | NMT 5 Years Supervised Release |
| [DOB: 02/03/1983] | ) | Class A Felony |
| | ) | |
| Defendant. | ) | **COUNT 2** |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | NMT 10 Years Imprisonment |
| | ) | NMT $250,000 Fine |
| | ) | NMT 3 Years Supervised Release |
| | ) | Class C Felony |
| | ) | |
| | ) | $100 Special Assessment (Each Count) |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**

On or about January 15, 2013, in Laclede County, in the Western District of Missouri, the defendant, **JAMES ROY JACOBY**, having three previous convictions for a violent felony or a serious drug offense, or both, committed on occasions different from one another, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a Remington Model 31 16-gauge shotgun, serial number 507106, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT 2

On or about February 1, 2013, in Laclede County, in the Western District of Missouri, the defendant, **JAMES ROY JACOBY**, in connection with the attempted acquisition of a firearm, to wit: a Remington Model 31 16-gauge shotgun, serial number 507106, from a licensed firearms dealer, knowingly made a false and fictitious written statement, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant, in that the defendant represented that he had not been convicted in any court of a felony, or any other crime, for which he could have been imprisoned for more than one year, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).


**A TRUE BILL.**


*/s/*  _____
**FOREPERSON OF THE GRAND JURY**


*/s/ Timothy A. Garrison*
**TIMOTHY A. GARRISON**
Assistant United States Attorney