## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 13-03042-01-CR-S-DGK |
| **JAMES ROY JACOBY**, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### *ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

The clerk is hereby ordered to issue a writ of habeas corpus ad prosequendum directed to the Warden, Laclede County Jail, Lebanon, Missouri, for one JAMES ROY JACOBY (DOB: 1983), now confined at the Laclede County Jail, Lebanon, Missouri, in the custody of the person there in charge, before the United States District Court, at Springfield, Missouri, on Wednesday, Wednesday, April 2, 2014, at 10:30 a.m., or at any time thereafter as the Court may direct, so that said person may appear in accordance with law in the above-entitled cause; and after said person shall have so appeared to return said person to the aforementioned custody as may be directed by this Court.

                                                      */s/ David P. Rush*_____
                                                      **DAVID P. RUSH**
                                                      **United States Magistrate Judge**

Dated this 25th day of March, 2014.