*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

UNITED STATES OF AMERICA	Date: April 2, 2014

vs.	Case No. 13-3042-01-CR-S-DGK

JAMES ROY JACOBY

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing: Pretrial Conference

Time Commenced: 11:00 a.m.	Time Terminated: 11:21 a.m.

APPEARANCES

Plaintiff:   Gary Milligan, AUSA	Defendant:   Michelle Law, AFPD

Proceedings: Parties appear as indicated above, defendant in person. Defense counsel states that defendant will represent himself.   Parties announce that they are ready for trial; trial should take approximately 2-3 days.   Case will be set during the April Joint Criminal Trial Docket and the Court will advise the parties of the specific trial date after all pretrial conferences have been completed.   Defendant continued in custody.


ERO/Courtroom Deputy:   Kerry Schroeppel