IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | | |
| Plaintiff, | | |
| v. | | Case No. 13-03042-01-CR-S-DGK |
| **JAMES ROY JACOBY**, | | |
| Defendants. | | |

## **GOVERNMENT'S LIST OF WITNESSES**

**COMES NOW** the United States of America, by and through Tammy Dickinson, the United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, and in compliance with the Federal Rules of Criminal Procedure provides the following list of witnesses, by name and address, whom the undersigned attorney for the government intends to call in the presentation of its case-in-chief, as follows:

1. Dlabach, Heather, Criminalist, Missouri State Highway Patrol Crime Lab
2. Early, Tim, Detective, Lebanon Police Department, Lebanon, Missouri
3. Fox, Brian, Special Agent, ATF, Springfield, Missouri
4. Fridley, Dan, Special Agent, ATF, Springfield, Missouri
5. Gideon, Brian, Officer, Lebanon Police Department, Lebanon, Missouri
6. Lugo, Augustine, Special Agent, ATF, Springfield, Missouri
7. Mitchell, Bruce, Officer, Lebanon Police Department, Lebanon, Missouri
8. Pritchard, Kimberly, Lebanon, Missouri

9. Pritchard, Michael, Lebanon, Missouri

10. Pritchard, Michael, Jr., Lebanon, Missouri

        Respectfully submitted,

        Tammy Dickinson
        United States Attorney

By    */s/ Gary Milligan*
        Gary Milligan, DC Bar #484813
        Assistant United States Attorney
        901 St. Louis Street, Suite 500
        Springfield, Missouri 65806-2511

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on April 14, 2014, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record, and by U.S. Mail to-

        James R. Jacoby
        Phelps County Jail
        c/o Phelps County Sheriff's Department
        500 W. 2nd Street
        Rolla, Missouri 65401

        */s/ Gary Milligan*
        Gary Milligan
        Assistant United States Attorney