# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 13-3042-CR-DGK |
| JAMES RAY JACOBY, | ) |
| Defendant. | ) |

## ORDER

Defendant James Ray Jacoby, acting *pro se*, has filed with the Court ten subpoenas requesting the presence of witnesses for his upcoming criminal trial.

Under 28 U.S.C. § 1915(d), officers of the court are directed to issue and serve all process in cases involving parties proceeding *in forma pauperis*.

Accordingly, the Court **ORDERS** and **DIRECTS** the United States Marshals Service to serve the subpoenas submitted by defendant Jacoby.

**IT IS SO ORDERED.**

**DATED:** April 28, 2014

 /s/ *David P. Rush*
**DAVID P. RUSH**
**United States Magistrate Judge**