IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | | |
| Plaintiff, | | |
| v. | | Case No. 13-03042-01-CR-S-DGK |
| **JAMES ROY JACOBY**, | | |
| Defendant. | | |

# GOVERNMENT'S AMENDED LIST OF TRIAL EXHIBITS

**COMES NOW** the United States of America, by and through Tammy Dickinson, the United States Attorney for the Western District of Missouri, and in compliance with the Federal Rules of Criminal Procedure, provides the following list of exhibits the government intends to offer in evidence in the presentation of its case-in-chief, as follows:

1. A Remington Model 31 16-gauge shotgun, serial number 507106
2. Rawhide Gun & Pawn receipt from January 15, 2013
3. an ATF form 4473 completed by James R. Jacoby on February 1, 2013, at Rawhide Gun & Pawn
4. Videotaped interview of defendant
5. Five Photographs of Rawhide Gun & Pawn taken on February 1, 2013
6. Nine Photographs of a blue car taken on February 1, 2013
7. Five Photographs relating to the taser used on February 1, 2013
8. Two Photographs of the defendant
9. Photographs of Rawhide Gun & Pawn taken on April 9, 2014

1

10. Certified Conviction of the defendant for Assault on a Law Enforcement Officer in the 2nd Degree and Resisting Arrest, on or about September 27, 2004, in the 26th Circuit Court of Laclede County, Missouri, in case no. CR304-1021FX

11. Certified Conviction of the defendant for Assault in the 2nd Degree, on or about September 27, 2004, in the 26th Circuit Court of Laclede County, Missouri, in case no. CR303-957FX

12. Certified Conviction of the defendant for Assault in the 2nd Degree, or about July 3, 2012, in the 26th Circuit Court of Laclede County, Missouri, in case no. 10LA-CR01500-01

13. Missouri Department of Corrections Certified Transcript of Serial Records

14. Fingerprint comparison report of defendant

15. Fingerprint card of defendant from February 1, 2013 arrest

16. ATF *Miranda* Rights Waiver Form

17. Lebanon Police Department *Miranda* Rights Waiver Form

18. Videotaped statement of Willie Jacoby & Christina Scrivner

19. Voluntary Statement to Lebanon Police Department of Jimmy Ray Knapp

20. Voluntary Statement to Lebanon Police Department of Raedawna Knapp

21. Voluntary Statement to Lebanon Police Department of Samuel Shilts

22. Voluntary Statement to Lebanon Police Department of Kimberly Pritchard

23. Voluntary Statement to Lebanon Police Department of Michael Pritchard

    Respectfully submitted,

    Tammy Dickinson
    United States Attorney

By    */s/ Gary Milligan*
    Gary Milligan, DC Bar #484813
    Assistant United States Attorney
    901 St. Louis Street, Suite 500
    Springfield, Missouri 65806-2511

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on May 6, 2014, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record, and by U.S. Mail to-

>James R. Jacoby
>Phelps County Jail
>c/o Phelps County Sheriff's Department
>500 W. 2nd Street
>Rolla, Missouri 65401


>*/s/ Gary Milligan*
>Gary Milligan
>Assistant United States Attorney